JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA 94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Defendant DIANA MAYORAL

UNITED STATES DISTRICT COURT

IN THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.   CR 11-00641 DLJ |
| | ) | |
| Plaintiff, | ) | STIPULATION OF THE PARTIES |
| | ) | TO JOINTLY REQUEST A |
| vs. | ) | CONTINUANCE OF THE FIRST |
| | ) | DISTRICT COURT APPEARANCE |
| DIANA MAYORAL, | ) | FROM 4/19/12 TO 4/26/12 & |
| | ) | [] ORDER RE SAME. |
| Defendant. | ) | |
| _____ | ) | |

The parties, Plaintiff United States of America and Defendant Diana Mayoral, through their respective counsel, hereby stipulate to request, jointly, that the Court continue Ms. Mayoral's first appearance before the District Court from April 19, 2012, to April 26, 2012, at 9:00 a.m. This request is made because defense counsel Jerry Fong will be unavailable due to a conflict in his schedule. Ms. Mayoral is not in custody and this will be her first appearance. The continuance will not affect the Speedy Trial calculation.

DATED: April 17, 2012        /S/
                             JERRY Y. FONG, Attorney for
                             Defendant DIANA MAYORAL

1
STIPULATION TO CONTINUE FIRST DIST CT APPEARANCE

1

2

3

4  DATED: April 17, 2012            /S/
                                    DANIEL R. KALEBA, Attorney for
5                                   Plaintiff UNITED STATES OF AMERICA

6

7

8                        [] ORDER

9      Pursuant to the parties' stipulation and good cause appearing herein, it is hereby

10 ordered that the hearing scheduled on April 19, 2012, at 9:00 a.m. (for the Defendant's first

11 District Court appearance) shall be continued to April 26, 2012, at 9:00 a.m. It is so ordered.

12

13

14

15 DATED: [illegible]
                                    JUDGE OF THE UNITED STATES
16                                  DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28

2
STIPULATION TO CONTINUE FIRST DIST CT APPEARANCE