IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DIANA MAYORAL,<br><br>　　　　Defendant. | ***E-FILED - 8/10/12***<br><br>CASE NO.: CR-11-00641-DLJ<br><br>**CLERK'S NOTICE OF CONTINUANCE** |

　　　PLEASE TAKE NOTICE that the Sentencing Hearing in the above-entitled matter which was previously set for August 23, 2012, has been continued to **August 30, 2012 @ 10:00 a.m.**, before the Honorable D. Lowell Jensen. Parties are to appear in courtroom #7, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

DATED: August 10, 2012

　　　　　　　　　　　　　　　　　　／s／ Jackie Lynn Garcia
　　　　　　　　　　　　　　　　　JACKIE GARCIA
　　　　　　　　　　　　　　　　　Courtroom Deputy for
　　　　　　　　　　　　　　　　　Honorable D. Lowell Jensen

Copy of Order E-Filed to Counsel of Record: